JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BYRON JOHNSON, and KIMBERLY TUCKER, | ) ) ) | Case No.: CV 13-6298 DSF (SHx) |
| Plaintiffs, | ) ) | JUDGMENT |
| vs. | ) ) | |
| DENNIS P. BLOCK & ASSOCIATES, and DENNIS P. BLOCK, | ) ) ) ) | |
| Defendants. | ) ) | |

_____

The Court having ordered that the First Amended Complaint be dismissed for failure to state a claim,

IT IS ORDERED AND ADJUDGED that the plaintiffs take nothing, that the action be dismissed with prejudice, and that defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: _____   1/21/14

_____
Dale S. Fischer
United States District Judge